DAYLE ELIESON
United States Attorney
District of Nevada
BRANDON C. JAROCH
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-5053 / Fax: (702) 388-5087
brandon.jaroch@usdoj.gov

*Counsel for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-00208-RFB-CWH |
| Plaintiff, | Stipulation to Continue Response Deadline (First Request) |
| vs. | |
| TIANNA CORDOVA, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, Brandon C. Jaroch, Assistant United States Attorney, counsel for the United States of America, and Ryan Norwood, AFPD, counsel for TIANNA CORDOVA:

THAT THE GOVERNMENT'S DEADLINE TO RESPOND TO DEFENDANT'S MOTIONS (ECF No.'s 61, 64, 65, 66, and 67) currently scheduled for October 25, 26, and 29, 2018, be continued until November 2, 2018.

1. The Government needs additional time to respond to the motions based on the number of issues raised.

1      2.   The parties do not foresee this brief continuance to have any impact on the

2   current trial setting.

3      3.   The parties agree to the continuance.

4      4.   The denial of this request for continuance could result in a miscarriage of

5   justice.

6      5.   This is the first request to continue the response deadline.

7

8           Dated this the 17th day of October, 2018.

9                                    Respectfully Submitted,

10                                   DAYLE ELIESON
                                     United States Attorney
11

12                                   /s/ *Brandon C. Jaroch*
                                     BRANDON C. JAROCH
13                                   Assistant United States Attorney

14

15                                   /s/ *Ryan Norwood*
                                     RYAN NORWOOD, AFPD
16                                   Counsel for TIANNA CORDOVA

17

18

19

20

21

22

23

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

TIANNA CORDOVA,

      Defendant.

Case No.: 2:18-cr-00208-RFB-CWH

ORDER

## FINDINGS OF FACT

Based on the pending Stipulation of Counsel, and good cause appearing therefore, the Court finds that:

1.      Counsel for the Government needs additional time to in which to file responses to the pending motions.

2.      The parties agree to the continuance.

3.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

4.      This is the first request to the response deadline.

For all of the above-stated reasons, the end of justice would best be served by a continuance of the deadline to respond to the Defendant's motions.

## CONCLUSIONS OF LAW

The ends of justice would be served by granting said continuance since failure to grant said continuance would likely result in a miscarriage of justice and would

deny the parties herein sufficient time and opportunity to effectively and thoroughly present their position on the motions, taking into account the exercise of due diligence.

## ORDER

IT IS ORDERED that the Government's deadline to respond to the Defendant's motions, currently scheduled for October 25, 26, and 29, 2018, is vacated and continued to November 2, 2018.

DATED: October 17, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE