DAYLE ELIESON
United States Attorney
District of Nevada
BRANDON C. JAROCH
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-5053 / Fax: (702) 388-5087
brandon.jaroch@usdoj.gov

*Counsel for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIANNA CORDOVA,<br><br>Defendant. | Case No.: 2:18-cr-00208-RFB-CWH<br><br>Stipulation to Continue Response Deadline (Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between DAYLE ELIESON, United States Attorney, Brandon C. Jaroch, Assistant United States Attorney, counsel for the United States of America, and Ryan Norwood, AFPD, counsel for TIANNA CORDOVA:

THAT THE GOVERNMENT'S DEADLINE TO RESPOND TO DEFENDANT'S MOTIONS (ECF No.'s 61, 64, 65, 66, 67, and 72), currently scheduled for November 1 and 2, 2018, be continued until November 16, 2018.

1. Since the last stipulation was granted, the defendant filed an additional motion to exclude expert testimony. ECF No. 72.

2. The parties have been diligently discussing the case to potentially limit discovery disputes and other issues related to this matter's trial posture.

3. The parties do not foresee this brief continuance to have an impact on the current trial setting but acknowledge that a stipulation to continue the calendar call and trial would likely be necessary to litigate the number of issues raised in the motions noting that this time would be excluded from the Speedy Trial Clock.

4. The parties agree to the continuance.

5. The denial of this request for continuance could result in a miscarriage of justice.

6. This is the second request to continue the response deadline.

Dated this the 1st day of November, 2018.

Respectfully Submitted,

DAYLE ELIESON
United States Attorney


/s/ *Brandon C. Jaroch*
BRANDON C. JAROCH
Assistant United States Attorney


/s/ *Ryan Norwood*
RYAN NORWOOD
Counsel for TIANNA CORDOVA

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-00208-RFB-CWH |
| Plaintiff, | ORDER |
| vs. | |
| TIANNA CORDOVA, | |
| Defendant. | |

## FINDINGS OF FACT

Based on the pending Stipulation of Counsel, and good cause appearing therefore, the Court finds that:

1. Since the last stipulation was granted, the defendant filed an additional motion to exclude expert testimony. ECF No. 72.

2. The parties have been diligently discussing the case to potentially limit discovery disputes and other issues related to this matter's trial posture.

3. The parties do not foresee this brief continuance to have an impact on the current trial setting but acknowledge that a stipulation to continue the calendar call and trial would likely be necessary to litigate the number of issues raised in the motions noting that this time would be excluded from the Speedy Trial Clock.

4. The parties agree to the continuance.

1        5.       The denial of this request for continuance could result in a miscarriage of justice.

6.       This is the second request to continue the response deadline. For all of the above-stated reasons, the end of justice would best be served by a continuance of the deadline to respond to the Defendant's motions.

## CONCLUSIONS OF LAW

The ends of justice would be served by granting said continuance since failure to grant said continuance would likely result in a miscarriage of justice and would deny the parties herein sufficient time and opportunity to effectively and thoroughly present their position on the motions, taking into account the exercise of due diligence.

## ORDER

IT IS ORDERED that the Government's deadline to respond to the Defendant's motions, currently scheduled for November 1 & 2, 2018, is vacated and continued to November 16, 2018.

Dated: 11/2/18

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE