RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_Lambrose@fd.org

Attorney for Tianna Cordova

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIANNA CORDOVA,<br><br>Defendant. | Case No. 2:18-cr-208-RFB-CWH<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Brandon Jaroch, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for Tianna Cordova, that the Sentencing Hearing currently scheduled on April 11, 2019 at the hour of 2:00 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. This case involves a binding plea with a sentencing range of 5-15 years. Ms. Cordova completed her PSR interview on December 12. However, the defense requires additional time to investigate and present additional information to the PSR writer.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the Sentencing hearing.

DATED this 28th day of February, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Margaret W. Lambrose*<br>By_____<br>MARGARET W. LAMBROSE<br>Assistant Federal Public Defender | */s/ Brandon Jaroch*<br>By_____<br>BRANDON JAROCH<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TIANNA CORDOVA,<br><br>    Defendant. | Case No. 2:18-cr-208-RFB-CWH<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the Sentencing hearing currently scheduled for Thursday, April 11, 2019 at 2:00 p.m., be vacated and continued to June 13, 2019 at the hour of 2:00 p.m.

DATED this 4th day of March, 2019.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE