RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_Lambrose@fd.org

Attorney for Tianna Christina Cordova

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIANNA CHRISTINA CORDOVA,<br><br>Defendant. | Case No. 2:18-cr-00208-RFB-DJA<br><br>**STIPULATION TO CONTINUE RESPONSE TO MOTION TO CORRECT AMENDED JUDGMENT DEADLINE**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jim W. Fang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for Tianna Christina Cordova, that the response to Motion to Correct Amended Judgment currently due on February 4, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than one week (7) days.

1. The defendant is not incarcerated and does not object to the continuance.

2. The parties agree to the continuance.

3. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively prepare the response.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request to continue the response deadline date filed herein.

DATED this 4th day of February, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By /s/ Margaret W. Lambrose<br>MARGARET W. LAMBROSE<br>Assistant Federal Public Defender | By /s/ Jim W. Fang<br>JIM W. FANG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00208-RFB-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| TIANNA CHRISTINA CORDOVA, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the response to Motion to Correct Amended Judgment currently due on Thursday, February 4, 2021 be vacated and continued to February 19, 2021.

DATED this 11 day of February, 2021, *nunc pro tunc*.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE